PETER J. STRAND (13875)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: pstrand@agutah.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SLB (DOB March 8, 2006), by her parents, MATT BRAY and KRISTA BRAY,<br><br>Plaintiffs,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT, and JOHN DOES I-X,<br><br>Defendants. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:22-cv-00025-DBB-JCB<br><br>Judge David B. Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff SLB (dob March 8, 2006), by her parents, Matt Bray and Krista Bray, by and through counsel, and Defendant Alpine School District, by and through counsel, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) hereby agree and

stipulate to the dismissal of all Plaintiffs' claims against Defendant Alpine School District with prejudice and on the merits and move the Court for an order of dismissal of the instant action with prejudice. The parties shall bear their own costs and attorneys' fees.

A proposed order of dismissal with prejudice is filed herewith.

DATED this 3rd day of October, 2022

    OFFICE OF THE UTAH ATTORNEY GENERAL

    */s/ Peter J. Strand*
    Peter J. Strand
    Assistant Utah Attorney General
    *Attorney for Defendants*

DATED this 3rd day of October, 2022

    GREG SMITH & ASSOCIATES

    */s/ Gregory B. Smith*
    Gregory B. Smith
    (Signed with permission)
    *Attorney for Plaintiffs*